UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| Cristian Amaya-Quinteros,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CORECIVIC, INC., a Maryland corporation, operating the California City Detention Facility; KRISTI NOEM, Secretary of the Department of Homeland Security; PAMELA BONDI, U.S. Attorney General; in their official capacities, et al.<br><br>　　　　　Respondents. | No. 1:25-cv-1672 WBS AC<br><br><br>ORDER |

----oo0oo----

　　　　Petitioner Cristian Amaya-Quinteros has filed a motion for a temporary restraining order.  (Docket No. 2.)  The United States shall file any opposition to petitioner's motion no later than Wednesday, **December 3, 2025, at 5:00 p.m.**  Petitioner may then file a reply no later than Friday, **December 5, 2025, at 5:00 p.m.**  The court will then hold a hearing for the motion on

1

1 | Monday, **December 8, 2025, at 10:00 a.m.** in Courtroom 5.
2 |          IT IS SO ORDERED
3 | Dated:  December 1, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE